```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAVID KRESGE ET AL.,
                 Plaintiffs,      22-cv-1268 (JGK)

    - against -                    <u>ORDER</u>

NATHAN GREENBERG,
                 Defendant.

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 4, 2022 is adjourned to May 9, 2022 at 3 p.m.

SO ORDERED.
Dated:    New York, New York
          April 29, 2022

                                         John G. Koeltl
                                United States District Judge